# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| CHARL LE ROUX | ) | Case No. 21-mj-00108-MEH |
| | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, William Stacy Campbell III, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about March 5, 2019, in the State and District of Colorado and elsewhere, the defendant CHARL LE ROUX did knowingly alter, conceal cover up, falsify and make false entries in a record, document, and tangible object, specifically Province of the Eastern Cape Hunting License 44789 issued to C.F., whose identity is known to me, with the intent to impede, obstruct and influence the investigation and proper administration of such matters within the jurisdiction of the United States Fish and Wildlife Service, a department and agency of the United States, and in relation to and in contemplation of such matter and case.

All in violation of Title 18, United States Code, Section 1519

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1519 | Falsification of Records |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/ William Stacy Campbell III*
*Complainant's signature*

William Stacy Campbell III, FWS-OLE Special Agent
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 06/21/2021

*Judge's signature*

City and state: Denver, CO

Hon. Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*