DEFENDANT:     CHARL LE ROUX

YOB:     1988

ADDRESS (CITY/STATE):  South Africa

OFFENSE(S):     18 U.S.C. §  1519 (Falsification of Records)


LOCATION OF OFFENSE (COUNTY/STATE): Denver, Colorado

PENALTY:     NMT 20 years' imprisonment; fine of $250,000 or 2x gain/loss, whichever is greater (or both a fine and imprisonment); NMT 3 years' supervised release; SA fee of $100

AGENTS:     FWS-OLE Special Agent William Stacy Campbell III

AUTHORIZED BY:  Bryan David Fields
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___X___ five days or less     _____ over five days     _____ other

THE GOVERNMENT

__X___ will seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:     _____ Yes     __X___     No