AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>CHARL LE ROUX<br>*Defendant* | )<br>)<br>)<br>) Case No.  21-mj-00108-MEH<br>)<br>)<br>) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __CHARL LE ROUX__ who is accused of offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On or about March 5, 2019, in the State and District of Colorado and elsewhere, the defendant CHARL LE ROUX did knowingly alter, conceal cover up, falsify and make false entries in a record, document, and tangible object, specifically Province of the Eastern Cape Hunting License 44789 issued to C.F., whose identity is known to me, with the intent to impede, obstruct and influence the investigation and proper administration of such matters within the jurisdiction of the United States Fish and Wildlife Service, a department and agency of the United States, and in relation to and in contemplation of such matter and case.

All in violation of Title 18, United States Code, Section 1519

Date: 06/21/2021

*Issuing officer's signature*

City and state: Denver, CO

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*