# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | |
| CHARL LE ROUX ) | Case No. 21-mj-108-MEH |
| ) | |
| *Defendant* ) | |

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT

The United States of America, by and through Acting United States Attorney Matthew T. Kirsch and the undersigned Assistant United States Attorney, respectfully moves to restrict the portions of the Affidavit in Support of the Arrest Warrant, ECF No. 01-01, as reflected in Attachment 1 to this Motion, and any order revealing the content of the portions to be restricted. The United States requests a "Level 1" Restriction which would make the redacted portions of the document, and any order revealing the unredacted contents of that document, "viewable by filing Parties & Court," only until further Order by the Court.

Respectfully submitted this 22nd day of June, 2021.

                                         MATTHEW T. KIRSCH
                                         Acting United States Attorney

By:    *s/ Bryan David Fields*
        BRYAN DAVID FIELDS
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        E-mail: Bryan.Fields3@usdoj.gov
        Attorney for Government

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2021, I electronically filed the foregoing GOVERNMENT'S MOTION TO RESTRICT DOCUMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

                                        *s/ Bryan David Fields*
                                        United States Attorney's Office