IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| United States of America )<br>v. )<br> )<br>CHARL LE ROUX )<br> )<br>*Defendant* ) | Case No.   21-mj-108-MEH |

**BRIEF IN SUPPORT OF MOTION TO RESTRICT ACCESS**

The United States of America, by District of Colorado Acting United States Attorney Matthew T. Kirsch, through Assistant United States Attorney Bryan Fields, hereby files this Brief in Support of its motion to restrict at Level 1 the portions of the affidavit in support in support of the arrest warrant, ECF NO. 01-01, as reflected in the attached redacted version of that affidavit. The "Level 1" restriction would make the undredacted portions of the affidavit, and any order regarding the contents of that affidavit, "Viewable by Partiesr & Court Only," and as grounds therefore submits the following:

1. Said Affidavit in Support of the Arrest Warrant was been filed as part of an ongoing investigation.   However, the defendant was arrested today and the grounds for that restricting the entire affidavit are no longer applicable.   However, the to-be-redacted portions of the affidavit contain the full names and addresses of uncharged subjects.   Revealing their names and addresses would be contrary to Federal Rule of Criminal Procedure 49.1.   The government submits that this is a compelling reason for the restriction.   *See* D.C.COLO.LCrR 47.1(A).

2. Level 1 restriction is appropriate here because such a restriction would allow counsel for the defendant to review the entire affidavit, without the identifying information of the

1

uncharged subjects and their addresses being publicly disclosed. Because defense counsel is also required to follow the Federal Rules of Criminal Procedure, this level of restriction — allowing defense counsel to review the entire affidavit, but not the general public — balances the defendant's right to receive information related to other potential witnesses while also protecting those witness's privacy.

3. Accordingly, the government moves that the Court to restrict at Level 1 the portions of the Affidavit in Support of Arrest Warrant docketed at ECF NO. 01-1, as reflected in the attached redacted version of that same affidavit.

Respectfully submitted this 22nd day of June, 2021.

                                          MATTHEW T. KIRSCH
                                          Acting United States Attorney

By:    s/ *Bryan David Fields*
        BRYAN DAVID FIELDS
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Bryan.Fields3@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of June, 2021 I electronically filed the foregoing **BRIEF IN SUPPORT OF MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                              *s/ Bryan David Fields*
                              U.S. Attorney's Office