# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | |
| CHARL LE ROUX ) | Case No.  21-mj-108-MEH |
| ) | |
| *Defendant* ) | |

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on the Government's Motion to Restrict Document.  Upon consideration and for good cause shown,

IT IS ORDERED that portions of the Affidavit in Support of the Arrest Warrant, ECF No. 01-1 redacted in Attachment 1 of the Government's Motion to Restrict Document, as well as any order revealing the so-redacted contents, are hereby restricted at a Level at a "Level 1 Restriction" and will be "viewable by Parties & Court" only, until further ordered by the Court.

IT IS SO ORDERED on this ____ day of _____, 2021.

_____
HON. MICHAEL E. HEGARTY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO