IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: 21-mj-00108-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHARL LE ROUX,

        Defendant.

---

## MOTION TO UNRESTRICT/UNSEAL

---

The United States of America, by and through Assistant United States Attorney Bryan Fields, respectfully moves this Court for an order unsealing the above-captioned matter and all related documents to include the Complaint and Arrest Warrant.

This Court issued an order [ECF No. 4] on June 28, 2021 that portions of the Affidavit in Support of the Arrest Warrant, ECF No. 01-1 redacted in Attachment 1 of the Government's Motion to Restrict Document, as well as any order revealing the so-redacted contents, are hereby restricted at a Level at a "Level 1 Restriction" and will be "viewable by Parties & Court" only, until further ordered by the Court.

WHEREFORE, the United States respectfully requests the Court unseal this matter and all related documents, except as otherwise stated in the previously issued order.

&gt;&gt;&gt;

&gt;&gt;&gt;

&gt;&gt;&gt;

        Respectfully submitted,

        MATTHEW T. KIRSCH
        Acting United States Attorney

        By: *s/ Bryan David Fields*
        Bryan David Fields
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Bryan.Fields3@usdoj.gov
        Attorney for Government

## **CERTIFICATE OF SERVICE**

      I certify that on this 29th day of June, 2021, I electronically filed the foregoing **Motion to Unrestrict/Unseal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

        By: *s/ Danielle Storinsky*
        Legal Assistant
        United States Attorney's Office