IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: 21-mj-00108-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHARL LE ROUX,

      Defendant.

---

### ORDER TO UNRESTRICT/UNSEAL

---

Upon the motion of the United States of America, it is ORDERED that the Clerk of the Court unseal the above-captioned matter and all related documents, except as otherwise stated in the previously issued order [ECF No. 4].

Dated _____ June, 2021.

      BY THE COURT:

      _____
      HON. MICHAEL E. HEGARTY
      UNITED STATES DISTRICT JUDGE