IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-mj-108-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARL LE ROUX

    Defendant.

---

ORDER EXCLUDING TIME BEFORE INDICTMENT
AND RESCHEDULE STATUS CONFERENCE

---

    Upon consideration of the Joint Motion to Extend Time for Indictment and to Reschedule Status Conference, the Court, having considered the representations of the United States and the written statements and waivers of the defendant and his counsel, finds as follows:

    1.    The defendant was arrested on June 23, 2021   Absent an additional exclusion of time, the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74, requires that an indictment or information be filed on or before July 23, 2021;

    2.    As a practical matter, because grand juries do not meet in this district every week, and because the government would need time to the present the matter to the grand jury, the parties have less than two weeks to complete their negotiations;

    3.    Counsel for both parties are diligently reviewing the facts of this matter and are engaged in good-faith plea negotiations that may result in a disposition of the matter without the

need for an indictment or trial.   However, the parties need time to review the discovery and negotiate a resolution to the matter.   Additional time is also needed here because of the presence of international actors and evidence, and complicated issues relating to foreign law.   Without additional time, the Speedy Trial Act would require the government to present the case to a grand jury in circumstances where, given more time, the parties might have been able to resolve the matter without burdening the grand jury.   Such a result would harm the defendant, who might be unnecessarily indicted, burden the Court, which would have to expend resources related to docketing and scheduling the resulting case, and unnecessarily complicate the parties' plea discussions;

      4.     Granting additional time in this case is also in the best interests of the public because it increases the likelihood that this matter can be resolved without the burdens of a trial;

      5.     I find, based on the representations of counsel, that a sixty-day exclusion is necessary to provide counsel with time fully negotiate a resolution;

      6.     For the reasons set forth in the Joint Motion to Extend Time for Indictment and for the reasons set forth above, I find that the requested sixty-day extension of time furthers the ends of justice and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial;

      7.     I further find that, given the fact the defendant and his counsel are located in Kentucky, plus the likelihood that the requested continuance to July 12, 2021 will further the ends of justice and the overarching aims of this Order, the motion for continuance of the status conference is, likewise, well-taken.

      IT IS THEREFORE ORDERED that the parties' Joint Motion to Extend Time for

Indictment and to Reschedule Status Conference is GRANTED.

IT IS FURTHER ORDERED that the 60-day time period between and July 2, 2021 to August 31, 2021 is hereby excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), in computing the time in which an indictment must be filed.   The new deadline by which an indictment must be filed is on or before September 21, 2021.

IT IS FURTHER ORDERED that the Status Conference previously set for July 7, 2021 at 2:00 PM is VACATED and hereby RESCHEDULED for July 12, 2021 at 2:00 PM.

SO ORDERED this _____ day of July, 2021

_____
HONORABLE MICHAEL E. HEGARTY
UNITED STATATES MAGISTRATE JUDGE
DISTRICT OF COLORADO