## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-mj-108-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHARL LE ROUX,

      Defendant.

---

## ENTRY OF APPEARANCE

---

Comes the undersigned attorney, on behalf of Defendant Charl Le Roux, and hereby gives notice of his entry of appearance as retained counsel in the above captioned matter. The undersigned respectfully requests that all future pleadings, orders, etc. be directed to him as the attorney of record for Mr. Le Roux.

      Respectfully submitted,

      /s/ Brandon W. Marshall
      Brandon W. Marshall
      NASH MARSHALL, PLLC
      129 West Short Street
      Lexington, KY 40507
      Telephone: (859) 254-3232
      Fax No.: (859) 225-4746
      Email: bwmarshall@nashmarshall.com
      COUNSEL FOR DEFENDANT
      CHARL LE ROUX

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties participating in the CM/ECF system.

/s/ Brandon W. Marshall