# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-mj-108-MEH

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**CHARL LE ROUX**

    Defendant.

---

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

---

    The United States, by Matthew T. Kirsch, Acting United States Attorney for the District of Colorado, and Bryan D. Fields, Assistant United States Attorney, and Charl Le Roux, by Brandon W. Marshall, Esq., jointly move this Court to continue the status conference currently scheduled for July 12, 2021. In support thereof, the parties state as follows:

    1.    On June 22, 2021, an arrest warrant was issued by United States Magistrate Judge Michael E. Hegarty on the basis of a criminal complaint charging the defendant with falsification of records in violation of 18 U.S.C. § 1519. The defendant was arrested on June 23, 2021 and appeared the next day, June 24, 2021, before the Honorable Matthew A. Stinnett in the United States District Court for the Eastern District of Kentucky. The defendant waived his preliminary hearing and was released on conditions. Since that time, the defendant has been in steady contact with the United States Probation Office and in full compliance with his conditions of release.

2.      The parties have been in frequent contact since the defendant's initial appearance and have made substantial progress toward crafting an expedient resolution to the instant matter.

3.      On June 30, 2021, the Court kindly granted a joint motion seeking a 60-day extension of the Government's indictment deadline and waiving time under the Speedy Trial Act.

4.      Since the Court's June 30, 2021 order, the parties have made further progress toward all the ends that justified the extension of the indictment deadline and Speedy Trial Act exclusion of time.   Building on that progress, the parties anticipate an amicable and timely culmination of the case, although not by July 12, 2021.

WHEREFORE, the parties, convinced that the formalities of a status conference in the near term are unnecessary to effect a swift resolution of the instant matter, respectfully move the Court to continue the July 12, 2021 status conference until September 20, 2021.

                                    Respectfully submitted,

                                    Matthew T. Kirsch
                                  Acting United States Attorney

                                    _/s/ Bryan Fields_
                                  Bryan D. Fields
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  1801 California Street, Suite 1600
                                  Denver, Colorado 80202
                                  Telephone: (303) 454-0100
                                  E-mail: bryan.fields3@usdoj.gov

With permission,

/s/ Brandon W. Marshall
Brandon W. Marshall
NASH · MARSHALL, PLLC
129 West Short Street
Lexington, Kentucky 40507
Telephone: (859) 254-3232
Fax: (859) 225-4746
E-mail: bwmarshall@nashmarshall.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on July 9, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

        /s/ Bryan Fields
Bryan D. Fields
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: bryan.fields3@usdoj.gov