## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Criminal Case No. 21-mj-108-MEH**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**CHARL LE ROUX**

      **Defendant.**

---

### ORDER CONTINUING STATUS CONFERENCE

---

      Upon consideration of the Joint Motion to Continue Status Conference, the Court, having reviewed the representations of the United States and defense counsel, is persuaded that the parties' motion is well-founded and supported by the good faith progress of the parties toward resolution of the case, plus considerations of judicial economy.

      IT IS THEREFORE ORDERED that the parties' Joint Motion to Continue Status Conference is GRANTED.

      IT IS FURTHER ORDERED that the Status Conference previously set for July 12, 2021 at 2:00 PM is CONTINUED to September 20, 2021 at 2:00 PM.

      SO ORDERED this _____ day of July, 2021.

                                      _____
                                      UNITED STATATES MAGISTRATE JUDGE
                                      DISTRICT OF COLORADO