CASHBOND,CLOSED

# U.S. District Court
## Eastern District of Kentucky (Lexington)
## CRIMINAL DOCKET FOR CASE #: 5:21-mj-05209-MAS-1

Case title: USA v. Le Roux
Other court case number: 21-mj-108-SKC District of Colorado

Date Filed: 06/22/2021
Date Terminated: 06/24/2021

Assigned to: Magistrate Judge Matthew A. Stinnett

### Defendant (1)

**Charl Le Roux**
*TERMINATED: 06/24/2021*

represented by **Brandon Wayne Marshall**
Nash Marshall, PLLC
129 W Short St
Lexington, KY 40507
859-254-3232
Fax: 859-225-4746
Email: bwmarshall@nashmarshall.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 18:1519.F - FALSIFICATION OF RECORDS | |

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Emily K. Greenfield , AUSA**<br>U.S. Attorney's Office, EDKY<br>260 W. Vine Street<br>Suite 300<br>Lexington, KY 40507-1612<br>859-685-4811<br>Fax: 859-233-2658<br>Email: Emily.Greenfield@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Ron L. Walker , Jr.**<br>U.S. Attorney's Office, EDKY<br>260 W. Vine Street<br>Suite 300<br>Lexington, KY 40507-1612<br>859-685-4889<br>Fax: 859-233-2658<br>Email: Ron.Walker@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2021 | 1 | SEALED COMPLAINT as to Charl Le Roux (1). (Attachments: # 1 Affidavit, # 2 Information Sheet) (KJR) (Additional attachment(s) added on 7/1/2021: # 3 REDACTED Indictment) (KJR). (Entered: 06/22/2021) |
| 06/22/2021 | | Conflict Check run. (KJR) (Entered: 06/22/2021) |
| 06/22/2021 | | CLERK'S VIRTUAL NOTICE re: HEARING SCHEDULE as to Charl Le Roux For a defendant in custody, defense counsel shall endeavor to meet with their client prior to the hearing to discuss any and all issues to be raised at the pending hearing. USMS shall, working with the relevant facility, ensure that defense counsel has access to the defendant at reasonable times and for reasonable periods. If this is not possible, a party may file a motion with the Court seeking Court guidance, if needed. cc: COR, USM, USP,D. <u>INITIAL APPEARANCE - Rule 40</u> set for <u>6/23/2021 at 02:00 PM</u> in LEXINGTON before Magistrate Judge Matthew A. Stinnett.(KJR) (Entered: 06/22/2021) |
| 06/23/2021 | 4 | MINUTE ENTRY for INITIAL APPEARANCE IN RULE 5(c)(3) Proceedings as to Charl Le Roux held on 6/23/21 before Magistrate Judge Matthew A. Stinnett:Brandon Marshal appeared as RETAINED counsel of record. (1) dft shall be released to the 3rd party custody of Mark Joseph Dougherty upon payment of the $100,000.00 bond; (2) the court finds probable cause to believe that a crime has been committed & dft committed the offenses alleged in the complaint; matter is bound over to the grand jury in the District of Colorado; (3) dft released on conditions set forth in a separate order of release to appear in District of Colorado on 7/7/21 at 2:00 pm (Tape #KYED-LEX__5-21-mj-5209- |

| | | |
|---|---|---|
| | | MAS_20210623_134310.) Signed by Magistrate Judge Matthew A. Stinnett. (KJR)cc: COR,USM,USP (Entered: 06/23/2021) |
| 06/23/2021 | 5 | ORDER Requiring Defendant to Appear in the District Where Charges are Pending as to Charl Le Roux. Signed by Magistrate Judge Matthew A. Stinnett on 6/23/21. (KJR)cc: COR,USM,USP (Entered: 06/23/2021) |
| 06/23/2021 | 6 | ORDER Setting Conditions of Release as to Charl Le Roux: dft released on Cash Bond. Signed by Magistrate Judge Matthew A. Stinnett on 6/23/21. (KJR) cc: COR,USM,USP Modified text on 6/24/2021 (KJR). (Entered: 06/23/2021) |
| 06/23/2021 | 7 | Appearance Bond Entered as to Charl Le Roux in amount of $ $100,000.00, Receipt # 5032447. (Attachments: # 1 receipt)(KJR) (Entered: 06/23/2021) |
| 06/23/2021 | 8 | SEALED Surety Information Sheet as to Charl Le Roux. (KJR) (Additional attachment(s) added on 6/23/2021: # 1 SEALED Surety Identification) (KJR). Modified text on 6/24/2021 (KJR). (Entered: 06/23/2021) |
| 06/23/2021 | 9 | ORDER as to Charl Le Roux: that the Criminal Complaint, Affidavit & all related docs (DE 1, 1-1 & 1-2) SHALL remain UNDER SEAL; the US shall file appropriately redacted copies of the Complaint & Affidavit w/in 1 week. Signed by Magistrate Judge Matthew A. Stinnett on 6/23/21. (KJR)cc: COR,USM,USP. Modified text on 6/24/2021 (KJR). (Entered: 06/24/2021) |
| 06/23/2021 | 10 | ORDER CLARIFYING CONDITIONS OF RELEASE as to Charl Le Roux: re 6 Order Setting Conditions of Release; Dft shall be released from custody effective immediately, w/out any requirement that he submit to alternative location monitoring (radio frequency, voice recognition, etc.) during the period before a GPS monitoring unit becomes available. Upon GPS unit availability, the USPO shall notify Dft he shall submit to GPS location monitoring as directed by the USPO. Signed by Magistrate Judge Matthew A. Stinnett on 6/23/21. (KJR)cc: COR,USM,USP (Entered: 06/24/2021) |
| 06/24/2021 | 11 | Notice FROM Kentucky Eastern TO District of Colorado of a Rule 5, Rule 32, or Rule 40 Appearance as to Charl Le Roux. Your case number is: 21-MJ-108. Docket sheet and documents attached. The KYED finance office will transmit the bond and/or passport collected. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* cc: COR, USP, Finance (KJR) (Entered: 06/24/2021) |
| 06/28/2021 | 12 | JOINT MOTION to Modify Conditions of Release as to Charl Le Roux. (Attachments: # 1 Proposed Order Modifying Release Conditions) (Marshall, Brandon) (Entered: 06/28/2021) |
| 06/28/2021 | 13 | ORDER as to Charl Le Roux: (1) GRANTING parties' 12 Joint Motion to Modify Conditions of Release; (2) condition 7(d) prohibiting dft's possession of a passport is SET ASIDE; (3) condition 7(d) is REPLACED as stated in this order. Signed by Magistrate Judge Matthew A. Stinnett on 6/28/21. (KJR)cc: COR,USM,USP (Entered: 06/28/2021) |
| 06/30/2021 | 14 | MOTION for Order by USA *to Substitute Redacted Documents* as to Charl Le |

| | | Roux. (Attachments: # 1 Proposed Order, # 2 Redacted Criminal Complaint and Affidavit) (Greenfield, Emily) (Entered: 06/30/2021) |
|---|---|---|
| 06/30/2021 | 15 | VIRTUAL ORDER as to Charl Le Roux: granting US' 14 Motion for Order to Substitute Redacted Documents. Signed by Magistrate Judge Matthew A. Stinnett on 06/30/2021. (MDC) cc: COR,USM,USP (Entered: 06/30/2021) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/13/2021 18:05:41 | | |
| **PACER Login:** | juga0175:4614669:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:21-mj-05209-MAS |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**