```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX099706
Cashier ID: cp
Transaction Date: 07/14/2021
Payer Name: US Treasury
----------------------------------
TREASURY REGISTRY
 For: Charl Le Roux
 Case/Party: D-COX-1-21-MJ-000108-001
 Amount:        $100,000.00
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 403927040758
 Amt Tendered:  $100,000.00
----------------------------------
Total Due:        $100,000.00
Total Tendered: $100,000.00
Change Amt:       $0.00


A fee of $53.00 will be assessed on
any returned check.
```