IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.     1:21-mj-00108-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHARL LE ROUX

       Defendants.

## MOTION FOR AN ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE

       The United States of America, by Matthew T. Kirsch, Acting United States Attorney for the District of Colorado, by and through Assistant United States Attorney Bryan David Fields, hereby moves to dismiss the complaint without prejudice as to the above-named defendant and enter the attached proposed order.   Counsel for the defendant, Brandon Marshall, does not oppose this motion or the entry of the proposed order.

       Respectfully submitted,

       MATTHEW T. KIRSCH
       Acting United States Attorney

       /s/ Bryan David Fields
       Bryan David Fields
       Assistant United States Attorneys
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone:   (303) 454-0100
       E-mail:       bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on August 5th, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record

      /s/ Bryan Fields
Bryan D. Fields
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: bryan.fields3@usdoj.gov