IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.     1:21-mj-00108-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHARL LE ROUX

        Defendants.

---

**ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE**

---

THIS MATTER comes before the Court on the Government's Unopposed Motion to Dismiss the Complaint without prejudice.   Having reviewed the motion and there being no opposition, the motion to dismiss the complaint **WITHOUT PREJUDICE** is hereby **GRANTED** and any underlying warrants are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Order Setting Conditions of Release in this matter is also **VACATED**.   The defendant's electronic monitoring device shall be returned to the United States Probation Office for the Eastern District of Kentucky, the defendant's passport shall be returned, and the $100,000 bond posted in this matter shall be returned forthwith.   The United States must cooperate with the defendant or his counsel in promptly executing all

documents necessary to vacate any liens recorded against property and sureties securing the bond.

DATED this \_\_\_\_\_ day of August, 2021.

BY THE COURT:

_____
United States Magistrate Judge