IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-mj-00108-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARL LE ROUX,

    Defendant.

___

## ORDER
___

**Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Plaintiff's Motion for an Order Dismissing the Complaint Without Prejudice. ECF 16. Having reviewed it and noting that it is unopposed, the Motion [filed August 5, 2021; ECF 16] is **granted**. As such, the Complaint (ECF 1) is **dismissed without prejudice** and any underlying warrants are **vacated**. It is further,

ORDERED that the Order Setting Conditions of Release (ECF 13) is **vacated**. Defendant or his counsel shall return the electronic monitoring device to the United States Probation Office for the Eastern District of Kentucky. Plaintiff shall return Defendant's passport and the $100,000 bond. The Plaintiff must cooperate with Defendant and his counsel in promptly executing all documents necessary to vacate any liens recorded against property or sureties securing the bond. It is further,

ORDERED that the Status Conference and Initial Appearance currently set for September 17, 2021 is **vacated**. The Clerk of Court shall close this case.

2

DATED at Denver, Colorado this 6th day of August, 2021.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge